UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff,

vs.                                                    Case No. 2005-80810
                                                       HON. LAWRENCE P. ZATKOFF
MICHAEL ANTHONY CLARK,                                 MAGISTRATE JUDGE
                    Defendant.                             MONA K. MAJZOUB
_____/

JOHN F. ROYAL (P27800)
Attorney for Defendant
The Ford Building
615 Griswold St., Suite 1724
Detroit, Michigan 48226
(313) 962-3738


KAREN M. GIBBS (P_____)
Assistant US Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100

_____/


ORDER FOR SUBSTITUTION OF ATTORNEYS

At a session of said Court, held in the City of Detroit, County
of Wayne, State of Michigan, on   May 24, 2006

PRESENT:     HON.   Lawrence P. Zatkoff_____
                    U.S. DISTRICT COURT JUDGE

Upon reading and filing of the Stipulation for Substitution of Attorney in the above-entitled

cause, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that JOHN F. ROYAL be entered as attorney for defendant in

the place and stead of SUZANNA KOSTOVSKI.

                               s/Lawrence P. Zatkoff_____
                              U.S. DISTRICT COURT JUDGE