UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 05-80810
HON. LAWRENCE P. ZATKOFF

vs.

D-1 MICHAEL ANTHONY CLARK,

    Defendants.

_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the
United States Courthouse, in the City of Port Huron,
State of Michigan, on March 31, 2011

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

This matter is before the Court on Defendant Michael Anthony Clark's "Permission to Stay Appeal to File Motion in the United States District Court for the Eastern District of Michigan Southern Division" ("Motion to Stay") (Docket #547). Defendant states that he wants to be able to file a motion in this Court, but he does not identify the motion he desires to file, nor does he give any reason why he wants to stay his appeal that is pending before the Sixth Circuit. Defendant also does not cite any authority that demonstrates that this Court has jurisdiction to address his motion while his appeal is pending before the Sixth Circuit or that, even if this Court has jurisdiction, the Court has the power to cause a stay of the appeal. Accordingly, the Court DENIES Defendant's Motion to Stay (Docket #547).

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2011

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 31, 2011.

S/Marie E. Verlinde
Case Manager
(810) 984-3290