UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,         CRIMINAL NO. 05-80810

        Plaintiff,         HON.  LAWRENCE P. ZATKOFF

   v.

D-1     MICHAEL ANTHONY CLARK,

        Defendant.

_____/.

RE:     LINDA HAYES' PETITION
        FOR VEHICLES

_____/.

## ORDER GRANTING GOVERNMENT'S MOTION TO STRIKE OR DISMISS PETITION FOR VEHICLES

    Plaintiff, the United States of America, having filed a motion to strike or dismiss Linda Hayes' petition for three vehicles forfeited as to defendant Michael Clark in this criminal case (Docket # 580);

    And the Court, being fully apprised in the matter;

    Hereby GRANTS the government's motion and STRIKES Linda Hayes' petition (Docket # 463);

    IT IS ORDERED that the Petition, Docket # 463, is hereby STRICKEN.

    IT IS FURTHER ORDERED that a final order of forfeiture as to the Subject Vehicles is

hereby entered pursuant to 21 U.S.C. § 853 and Fed.R.Crim.P. 32.2; specifically,

(1) one 1997 BMW M3, VIN WBSBG9329VEY75151;

(2) one 1996 Chevrolet Caprice, VIN 1G1BL52P0TR126021; and

(3) one 1969 Buick Electra 225, VIN 484679H322299.

IT IS FURTHER ORDERED that the Subject Vehicles are hereby **FORFEITED** to the United States of America for disposition in accordance with the law, and any right, title or interest of Linda Hayes **IS HEREBY AND FOREVER EXTINGUISHED**.

SO ORDERED.

S/Lawrence P. Zatkoff
HONORABLE LAWRENCE P. ZATKOFF
United States District Judge

Dated: January 25, 2013